■    In the Matter of the City of Rochester, Appellant, Relative to Acquiring Certain Lands for an Urban Renewal Project in the Front Street Area Known as Genesee Crossroads. Jules Friedman et al., Respondents.— Judgment unanimously modified on the law and facts by reducing the award to $92,472, and as modified affirmed, without costs. Memorandum: We find that the premises should be considered as a single unit, and not as separate parcels as urged by appellant. In valuing the property we have used the economic approach. We find the estimated annual net rent income to be $7,425, and the fair market value of the land at $14 per square foot, to be $54,936. Allowing a 6% return on land value, we attribute $3,296 of total net income to land and capitalize the remaining $4,129 at 11% to arrive at a value of the improvements of $37,536. This, added to the land value of $54,936, yields a total value of $92,472. (Appeal from judgment of Monroe Trial Term compensating respondents in condemnation proceeding.) Present — Williams, P. J., Goldman, Del Vecchio, Marsh and Witmer, JJ.

■    Peter Mazzara, Appellant, v. Town of Pittsford et al., Respondents. (No. 1.) — Order unanimously reversed, without costs, and motion granted. Memorandum: The function of the note of issue and certificate of readiness is to give assurance that only those cases are on the Trial Calendar which are ready for trial, hence all pretrial procedures must be completed or waived. The plaintiff did not waive his right to an examination before trial and his motion to vacate the note of issue and certificate of readiness should be granted since the case at that point was not ready for trial and should not have been on the Trial Calendar. (Appeal from order of Monroe Special Term denying motion to vacate statement of readiness.) Present — Williams, P. J., Goldman, Del Vecchio, Marsh and Witmer, JJ.